UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2011 MAR -8  PM 3: 37

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

BONNIER ACTIVE MEDIA, INC., a New
York corporation,

     Plaintiff,

v.

NEWS WIRE PUBLICATIONS, LLC, a New
York limited liability company d/b/a
HOMELAND SECURITY NEWSWIRE and
BEN FRANKEL,

     Defendants.

**COMPLAINT AND DEMAND
FOR JURY TRIAL**

CASE NO. *6:11-CV-355-ORL-19-DAB*

## COMPLAINT

Bonnier Active Media, Inc., ("Bonnier") a subsidiary of Bonnier Corporation, sues News

Wire Publications, LLC, doing business as Homeland Security Newswire ("HSNW") and Ben

Frankel, and alleges as follows:

### NATURE OF ACTION

1.    This is an action for copyright infringement pursuant to 17 U.S.C. § 501.

### PARTIES

2.    Bonnier is, and has been at all times relevant to this lawsuit, a New York

corporation with its principal place of business in Winter Park, Florida.

3.    Defendant HSNW is, on information and belief, New York limited liability

company. On information and belief, defendant HSNW's principal place of business is Mineola,

Nassau County, New York.

4.    Defendant Frankel is an individual who, on information and belief, resides in the

District of Columbia.

1

5.     On information and belief, defendant Frankel is the registrant of the Internet domain found at <homelandsecuritynewswire.com> (the "Domain").

6.     Defendant HSNW is, and has been at all times relevant to this lawsuit, the self-proclaimed owner of the copyright in the works posted as part of the content accessible through the Domain (the content accessible through the Domain known as the "Website"), as evidenced by a copyright notice displayed on the Website:  "2009 – 2010 © News Wire Publications, LLC."

7.     HSNW reproduced at least three unauthorized copies of Bonnier-owned literary works.  The works are entitled:  "NASA Engineers Propose Combining a Rail Gun and a Scramjet to Fire Spacecraft Into Orbit" (the "NASA Work"), attached as Exhibit 1; "Sheep Help Scientists Clean Up Explosives Residue" (the "Sheep Work"), attached as Exhibit 2; and "Pigging the Unpiggable:  Robots Keep Gas Lines From Blowing Up" (the "Robots Work"), attached as Exhibit 3.

8.     HSNW posted unauthorized copies of the Works (the "Infringement"), attached as Composite Exhibit 4, on the Website.

## JURISDICTION

9.     This Court has original subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

10.     Bonnier is the owner of the copyrights in the Works, which were originally published on Bonnier's website, www.popsci.com.  Popsci.com is the digital media affiliate of *Popular Science*, a magazine published by Bonnier.

11.     At all times relevant to this lawsuit, the Works have depicted their original source as Bonnier on the www.popsci.com website affiliate of *Popular Science* magazine.  Bonnier did not post or contribute the Works to HSNW.

2

12.     The defendants willfully copied, without authorization, the Works from www.popsci.com, the Popular Science website owned by Bonnier.

13.     On or about December 20, 2010, the defendants displayed, and continue to display, the NASA Work-related Infringement on the Website. On or about February 14, 2010, the defendants displayed, and continue to display, the Sheep Work and Robots Work-related Infringement on the Website.

14.     The subject matter of the NASA Work is, at least in part, analysis of the plans and operations of NASA and the space program. The subject matter of the Sheep Work is, at least in part, a study of the clean-up of explosive materials. The subject matter of the Robots Work is, at least in part, an analysis of use of pipeline inspection gauges.

15.     At all times relevant to this lawsuit, the defendants knew that the Works were originally published on www.popsci.com, the digital arm of the famous magazine, *Popular Science*. The defendants made minor, cosmetic changes to the Works, with the willful intent to create the appearance that the defendants were the authors. Copies of documents red-lined to show the changes of the Works in the Infringement are attached as Composite Exhibit "5."

16.     At all times relevant to this lawsuit, the defendants knew that the Infringement was and is of specific interest to Florida residents, particularly given the proximity to the hub of space exploration, Kennedy Space Center, and the recent publicity concerning the disposal of explosive materials on former military training ranges.

17.     The defendants' display of the Infringement was and is purposefully directed at Florida residents, and the defendant knew that the harm that it caused would be suffered by Bonnier in Florida. The defendants are thus subject to personal jurisdiction in Florida as a result of their acts.

3

## VENUE

18.     The United States District Court for the Middle District of Florida is an appropriate venue, pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to the claim for relief, including the harm suffered by Bonnier, occurred in the Middle District of Florida, and because Bonnier resides in the Middle District.

19.     The United States District Court for the Middle District of Florida is an appropriate venue, pursuant to 28 U.S.C. § 1391(c), because the defendants purposefully directed their willful infringement activities at Bonnier, who resides in the Middle District, and because the Works concern, in part, topics of local interest.

20.     The United States District Court for the Middle District of Florida is an appropriate venue, pursuant to 28 U.S.C. § 1400 (a), because the defendants are subject to personal jurisdiction in Florida as a result of their acts.

## FACTS

21.     The Works constitute copyrightable subject matter pursuant to 17 U.S.C. § 102(a)(1).

22.     Bonnier is the owner and claimant of the copyright in and to the Works.

23.     The NASA Work was originally published on December 17, 2010.  The Sheep Work and the Robots Work were originally published on February 10, 2011.

24.     On February 16, 2011, the United States Copyright Office (the "USCO") received Bonnier's official submittal for the registration to the Works, including the application, the deposit copy, and the registration fee.  The USCO registered the NASA Work as Registration Number TX 7-298-783, the Sheep Work as Registration Number TX 7-298-779, and the Robots Work as Registration Number TX 7-298-776.  Attached as Composite Exhibit "6" is are true and correct copies of the Certificates of Registration for the Works.

4

25.   On or about December 20, 2010, and February 14, 2011, the defendants posted the Infringement on the Website.   The indication of the posting of the Infringement on the Website is attached as Composite Exhibit 4.

26.   The defendants did not seek permission, in any manner, to reproduce, display, or otherwise exploit the Works.

27.   The defendants were not granted permission, in any manner, to reproduce, display, or otherwise exploit the Works.

28.   All conditions precedent to this action have occurred or have been waived.

### CLAIM FOR RELIEF:   COPYRIGHT INFRINGEMENT

29.   Bonnier repeats and realleges the allegations set forth in Paragraphs 1 through 28 above.

30.   Bonnier holds the exclusive right to reproduce the Works pursuant to 17 U.S.C. § 106(1).

31.   Bonnier holds the exclusive right to prepare derivative works based upon the Works pursuant to 17 U.S.C. § 106(2).

32.   Bonnier holds the exclusive right to distribute copies of the Works pursuant to 17 U.S.C. § 106(3).

33.   Bonnier holds the exclusive right to publicly display the Works pursuant to 17 U.S.C. § 106(5).

34.   The defendants reproduced the Works in derogation of Bonnier's exclusive rights pursuant to 17 U.S.C. § 106(1).

35.   The defendants created unauthorized derivatives of the Works in derogation of Bonnier's exclusive rights pursuant to 17 U.S.C. § 106(2).

36.     The defendants distributed, and continues to distribute, unauthorized reproductions of the Works on the Website in derogation of Bonnier's exclusive rights pursuant to 17 U.S.C. § 106(3).

37.     The defendants publicly displayed, and continues to publicly display, unauthorized reproductions of the Works on the Website in derogation of Bonnier's exclusive rights pursuant to 17 U.S.C. § 106(5).

38.     The defendants have willfully engaged in the copyright infringement of the Works. The defendants' Website displays the Infringement with cosmetic changes to create the impression that the defendants are the authors of the Infringement. Such cosmetic modifications demonstrate the defendants' willful infringement.

39.     The defendants' acts, and the ongoing direct results of those acts, have caused and will continue to cause irreparable harm to Bonnier in an amount Bonnier cannot ascertain, leaving Bonnier with no adequate remedy at law.

40.     Unless the defendants are preliminarily and permanently enjoined from further infringement of the Works, Bonnier will be irreparably harmed. Bonnier is thus entitled to preliminary and permanent injunctive relief against further infringement of the Works by the defendants pursuant to 17 U.S.C. § 502.

## DEMAND FOR RELIEF

Bonnier demands the following relief:

1.      Preliminarily and permanently enjoin and restrain the defendants, and the defendants' officers, agents, members, servants, employees, attorneys, parents, subsidiaries, related companies, partners, and all persons acting for, by, with, through, or under the defendants, from directly or indirectly infringing the Works by reproducing the Works, preparing

derivative works based on the Works, distributing the Works to the public, and/or displaying the Works, or ordering, directing, participating in, or assisting in any such activity;

    2.    Direct the defendants to preserve, retain, and deliver to Bonnier in hard copies or electronic copies:

    a.    All evidence and documentation relating in any way to the defendants' use of the Works, in any form, including, without limitation, all such evidence and documentation relating to the Website;

    b.    All evidence and documentation relating to the names and addresses (whether electronic mail addresses or otherwise) of any person with whom the defendants have communicated regarding the defendants' use of the Works; and

    c.    All financial evidence and documentation relating to the defendants' use of the Work, including all advertisements displayed on the Websites and revenue associated with such advertisements;

    3.    Award Bonnier statutory damages for the willful infringement of the Works pursuant to 17 U.S.C. § 504(c);

    4.    Award Bonnier costs, disbursements, and attorney fees incurred by Bonnier in bringing this action pursuant to 17 U.S.C. § 505;

    5.    Award Bonnier pre- and post-judgment interest; and

    6.    Grant such additional relief as the circumstances warrant.

## DEMAND FOR JURY TRIAL

Bonnier requests a trial by jury.


Dated: March _8_, 2011


        /s/ Michael D. Crosbie
        MICHAEL D. CROSBIE, ESQ.
        Florida Bar No. 72575
        Shutts & Bowen LLP
        300 S. Orange Avenue, Suite 1000
        Orlando, Florida 32801
        Telephone: 407-835-6796
        Facsimile: 407-849-7275
        Email: mcrosbie@shutts.com
        Counsel for Bonnier


ORLDOCS 12100158 1



GET 12 ISSUES FOR $12
SAVE 79%!

SUBSCRIBE

# NASA Engineers Propose Combining a Rail Gun and a Scramjet to Fire Spacecraft Into Orbit

By Rena Marie Pacella   Posted 12 17 2010 at 10 59 am



An Artist's Rendition Of The Scramjet Each space-shuttle launch costs $450 million. The rail gun/scramjet will take more than twice that to develop, but each flight would cost much less. Graham Murdoch

In April, President Obama urged NASA to come up with, among other things, a less expensive method than conventional rocketry for launching spacecraft. By September, the agency's engineers floated a plan that would save millions of dollars in propellant, improve astronaut safety, and allow for more frequent flights. All it will take is two miles of train track, an airplane that can fly at 10 times the speed of sound, and a jolt of electricity big enough to light a small town.

The system calls for a two-mile- long rail gun that will launch a scramjet, which will then fly to 200,000 feet. The scramjet will then fire a payload into orbit and return to Earth. The process is more complex than a rocket launch, but engineers say it's also more flexible. With it, NASA could orbit a 10,000-pound satellite one day and send a manned ship toward the moon the next, on a fraction of the propellant used by today's rockets.

It may sound too awesome to ever be a reality. But unlike other rocket-less plans for space entry, each relevant technology is advanced enough that tests could take place in 10 years, says Stan Starr, a physicist at NASA's Kennedy Space Center. NASA's scramjets have hit Mach 10 for 12 seconds; last spring, Boeing's X-51 scramjet did Mach 5 for a record 200 seconds. Rail guns are coming along too. The Navy is testing an electromagnetic launch system to replace the hydraulics that catapult fighter jets from aircraft carriers. "We have all the ingredients," says Paul Bartolotta, a NASA aerospace engineer working on the project. "Now we just have to figure out how to bake the cake."

## How To Fly Into Orbit:

### Rev Up The Rail Gun
A 240,000-horsepower linear motor converts 180 megawatts into an electromagnetic force that propels a scramjet carrying a spacecraft down a two-mile-long track. The craft accelerates from 0 to 1,100 mph (Mach 1.5) in under 60 seconds— fast, but at less than 3 Gs, safe for manned flight.

### Fire The Scramjet
The pilot fires a high-speed turbojet and launches from the track. Once the craft hits Mach 4, the air flowing through the jet intake is fast enough that it compresses, heats to 3,000°F, and ignites hydrogen in the combustion chamber, producing tens of thousands of pounds of thrust.

### Get Into Orbit
At an altitude of 200,000 feet, there isn't enough air for the scramjet, now traveling at Mach 10, to generate thrust. Here spaceflight begins. The two craft separate, and the scramjet pitches downward to get out of the way as the upper spacecraft fires tail rockets that shoot it into orbit.

### Stick The Landing
The scramjet slows and uses its turbojets to fly back to Earth for a runway landing. Once the spacecraft delivers its payload into orbit, it reenters the atmosphere and glides back to the launch site. The two craft can be ready for another mission within 24 hours of landing.

Previous Article: Microscopic
Worms Could Sniff Out Explosives

Next Article: Bandage Changes
Color to Indicate State of Wound
Underneath

## 46 COMMENTS

VoodooX

12/17/10 at 11 14 am

why don't they just mount this rail gun on the side of a mountain near a
Link to this comment



EXHIBIT
1

# Sheep Help Scientists Clean Up Explosives Residue

By Jonathan Parkinson  Posted 02.10.2011 at 12:59 pm



Tough Gut The bacteria in a sheep's stomach can save its life. The tansy ragwort weed kills cows, but sheep's superior bacteria break down the poison and keep their woolly host alive. *iStock, Getty Images*

A team of scientists is feeding TNT to a flock of sheep. A. Morrie Craig, a veterinary scientist at Oregon State University, has found that the cud-chewing mammals can efficiently clean up explosives-contaminated soil, of which there are 1.3 million tons throughout the U.S. TNT and other explosives from military munitions training and the remnants of old factories remain in the ground for decades. This residue rarely poses an immediate health threat, but officials at the Department of Defense fear that it could seep into groundwater or poison plants (which has happened before). Conventional cleanup techniques, such as incinerating the soil, are expensive and time-consuming. Sheep will work for free.

In 2004, Craig discovered that the bacteria in a sheep's stomach that help digest cellulose can also rapidly convert TNT into a harmless compound. In recent experiments, he and researchers from the U.S. Department of Agriculture fed sheep TNT for three weeks and found that it broke down so completely that no traces of it or any related compounds remained in the animals' faces.

Craig and his colleagues plan to plant grasses in TNT contaminated soil to suck up the explosives. While the sheep munch away, the bacteria in their digestive tract take care of the rest. Craig's lab is testing the grazers on soil from a military base. He estimates that a flock of 20 could clear an acre of grass in a month, and completely rid it of munitions residue in less than three years.

Craig points out that even if a TNT-eating sheep's meat found its way onto a barbecue, it could never explode or cause health problems: "The ingested TNT is broken down into small molecules that are in no way similar to the original compound."

## RELATED ARTICLES


In Safety Study, Sheep on Meth Are Shocked With Tasers


Microscopic Worms Could Sniff Out Explosives

## TAGS

Science, explosives, february 2011, headlines, sheep, tnt



EXHIBIT
2
tabbies

# Pigging the Unpiggable: Robots Keep Gas Lines From Blowing Up

This new little piggy goes where the rest can't

By Elizabeth Svoboda    Posted 02.10.2011 at 10:55 am



PIGging Pipes Courtesy Hagen Schempf

**View Photo Gallery**

When a natural-gas line exploded late last summer in San Bruno, California, the ensuing firestorm raged for hours. The blaze, which took crews more than 12 hours to control, destroyed dozens of homes, injured more than 50 people, and killed eight.

    

*Click the thumbnails to see how the most advanced PIG robot works.*

The National Transportation Safety Board's final report on the cause of the blast is still pending as of press time, but the incident has thrown a spotlight on the natural gas industry's inadequate pipe-inspection techniques. Gas-transmission-line accidents have increased 72 percent from the 1990s to the '00s, according to the U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration.

Since the 1960s, maintenance workers have used "smart" pipeline inspection gauges, or PIGs, to find rust, weak seams, thinning walls and other indicators that a pipe needs repair or replacement.

PIGs make a squealing sound while navigating tight passageways. They go where people can't, but controlling them can be challenging because most depend solely on the pipe's pressurized fluid for propulsion. "It's very difficult to stop a PIG in one location," says Karl Edminster, the head of Electromechanica, a Massachusetts firm that manufactures PIGs and other robotic pipe-inspection devices. "Imagine pushing a spitball through a straw."

Moreover, nearly a third of the 1.3 million miles of natural-gas pipeline in the U.S. are "unpiggable." Some pipes widen and then narrow; others have bends too acute to be navigated by current PIG technology. As those pipes age and corrode, the need to inspect them is increasingly urgent. Roughly 60 percent of gas-transmission lines in the U.S. were installed before 1970, and some date back to the Great Depression. Utilities are gradually upgrading from old cast-iron and steel pipes to non-corroding plastic ones. Even so, it's still far more cost-effective to PIG a pipe than install a new one.

To Carnegie Mellon University roboticist Hagen Schempf and his colleagues, the opportunity to prevent disasters by building a more sophisticated inspection device was too good to pass up. After 10 years of research, and with about $1 million in funding from NASA and the U.S. Department of Energy, Schempf's team recently debuted the Explorer-II, a 66-pound, eight-foot-long wireless robot that he describes as looking "like a series of sausage links." Its segmented body navigates twists and turns with ease. Its strong drivetrain lets operators precisely control where it starts and stops, instead of being moved by the flow of natural gas like other PIGs are. And its custom-designed sensors detect tiny anomalies in pipe walls before they turn dangerous.

Conventional PIGs use permanent magnets to detect changes in the pipe walls' magnetization that may indicate corrosion, but the magnetic field interferes with the PIG's movement, slowing it down. The Explorer-II replaces permanent magnets with a compact electromagnetic coil that senses the same problems without sacrificing speed.

The robot recently proved its grit in Pennsylvania, snaking through 2,000 feet of previously unpiggable pipeline, and it's now in commercial trials with a Canadian gas company. "There was a lot of gulping until we felt comfortable that we had a safe design," Schempf says. "We built this for a dangerous, explosive environment, and that was always in the back of our minds."



**EXHIBIT**
tabbies
**3**



## HSNW
HOMELAND SECURITY NEWSWIRE

Home   Authentication / Biometrics   Business / Finance   Continuity / Recovery   Cybersecurity   Detection   Education / Sci-Tech   Emergency / Police / Mil.   Government policy
Infrastructure   Public health / Biodefense   Surveillance   Systems integration   Transport / Border   Sector Reports

**THE BUSINESS OF HOMELAND SECURITY**                Wednesday, 16 February 2011                ADVERTISE    SIGN UP FOR OUR FREE DAILY REPORT

Search

Rail gun
# NASA proposes a rail gun to launch spacecraft into orbit
Published 20 December 2010

**In April, President Obama instructed NASA to come up with a less expensive method than conventional rocketry for launching spacecraft; by September, the agency's engineers floated a plan that would save millions of dollars in propellant, improve astronaut safety, and allow for more frequent flights; the plan calls for a rail gun which would take two miles of train track, an airplane that can fly at ten times the speed of sound, and a jolt of electricity big enough to light a small town**

In April, President Obama urged NASA to come up with, among other things, a less expensive method than conventional rocketry for launching spacecraft. By September, the agency's engineers floated a plan that would save millions of dollars in propellant, improve astronaut safety, and allow for more frequent flights. It would take two miles of train track, an airplane that can fly at ten times the speed of sound, and a jolt of electricity big enough to light a small town.

*Popular Science* reports that the system calls for a two-mile- long rail gun that will launch a scramjet, which will then fly to 200,000 feet. The scramjet will then fire a payload into orbit and return to Earth. The process is more complex than a rocket launch, but engineers say it is also more flexible. With it, NASA could orbit a 10,000-pound satellite one day and send a manned ship toward the moon the next, on a fraction of the propellant used by today's rockets (on the use of rail gun for military purposes, see "U.S. Navy demonstrates 100-mile hypersonic rail gun test shot," 14 December 2010 *HSNW*; and "General Atomic says its Blitzer rail gun already 'tactically relevant'," 16 December 2010 *HSNW*).

*PopSci* quotes Stan Starr, a physicist at NASA's Kennedy Space Center, to say that unlike other rocket-less plans for space entry, each relevant technology is advanced enough that tests could take place in ten years. NASA's scramjets have hit Mach 10 for 12 seconds; last spring, Boeing's X-51 scramjet did Mach 5 for a record 200 seconds. Rail guns are coming along, too. The Navy is testing an electromagnetic launch system to replace the hydraulics that catapult fighter jets from aircraft carriers. "We have all the ingredients," says Paul Bartolotta, a NASA aerospace engineer working on the project. "Now we just have to figure out how to bake the cake."

**How to fly into orbit**
*Rev up the rail gun*: A 240,000-horsepower linear motor converts 180 megawatts into an electromagnetic force that propels a scramjet carrying a spacecraft down a 2-mile-long track. The craft accelerates from 0 to 1,100 mph (Mach 1.5) in under 60 seconds — fast, but at less than 3 Gs, safe for manned flight.

*Fire the scramjet*: The pilot fires a high-speed turbojet and launches from the track. Once the craft hits Mach 4, the air flowing through the jet intake is fast enough that it compresses, heats to 3,000 F, and ignites hydrogen in the combustion chamber, producing tens of thousands of pounds of thrust.

*Get into orbit*: At an altitude of 200,000 feet, there is not enough air for the scramjet, now traveling at Mach 10, to generate thrust. Here spaceflight begins. The two craft separate, and the scramjet pitches downward to get out of the way as the upper spacecraft fires tail rockets that shoot it into orbit.

*Stick the landing*. The scramjet slows and uses its turbojets to fly back to Earth for a runway landing. Once the spacecraft delivers its payload into orbit, it reenters the atmosphere and glides back to the launch site. The two craft can be ready for another mission within twenty-four hours of landing.

Email to a friend

**Topics:** Military technology | Technological innovation

## IN TODAY'S REPORT
- Hackers release Stuxnet's decompiled code online
- Cyberweapon could cause Internet doomsday
- Obama asks for $43.8 billion for DHS -- 2 percent increase over 2011
- U.S. and Turkey meet to expand counter-terrorism partnership
- Robot marathon announced -- 26.2 miles to robotic glory
- Manhole covers help orient urban robots
- Lawmakers oppose plan to dismantle NIH resources center
- Drought in China threatens wheat crop and send global prices soaring
- Museum exhibit stages immune systems championship



Home   Authentication / Biometrics   Business / Finance   Continuity / Recovery   Cybersecurity   Detection   Education / Sci-Tech   Emergency / Police / Mil.
Government policy   Infrastructure   Public health / Biodefense   Surveillance   Systems integration   Transport / Border   Sector Reports
About us   Sign up   Advertise   Contact   Privacy policy

2009-2010 © News Wire Publications, LLC





Home   Authentication / Biometrics   Business / Finance   Continuity / Recovery   Cybersecurity   Detection   Education / Sci-Tech   Emergency / Police / Mil.   Government policy
Infrastructure   Public health / Biodefense   Surveillance   Systems integration   Transport / Border   Sector Reports

**THE BUSINESS OF HOMELAND SECURITY**                     Wednesday, 16 February 2011                     ADVERTISE     SIGN UP FOR OUR FREE DAILY REPORT

Search

Explosives clean-up

# New clean-up method: explosives-eating sheep

Published 14 February 2011

**TNT and other explosives from military munitions training and the remnants of old factories remain in the ground for decades, seeping into groundwater or poisoning plants; an Oregon State University researcher found that a bacteria in a sheep's stomach that help digest cellulose can also rapidly convert TNT into a harmless compound; the plan is to plant grasses in TNT contaminated soil to suck up the explosives, than unleash the sheep; a flock of twenty sheep could clear an acre of grass in a month, and completely rid it of munitions residue in less than three years**



A team of scientists is feeding TNT to a flock of sheep. A. Morrie Craig, a veterinary scientist at Oregon State University, has found that the cud-chewing mammals can efficiently clean up explosives-contaminated soil, of which there are 1.3 million tons throughout the United States.

Organic explosive chemical removal // Source: browseandgrass.org

TNT and other explosives from military munitions training and the remnants of old factories remain in the ground for decades. This residue rarely poses an immediate health threat, but officials at the Department of Defense fear that it could seep into groundwater or poison plants (which has happened before).

Conventional cleanup techniques, such as incinerating the soil, are expensive and time-consuming. Sheep will work for free.

PopSci reports that in 2004 Craig discovered that the bacteria in a sheep's stomach that help digest cellulose can also rapidly convert TNT into a harmless compound. In recent experiments, he and researchers from the U.S. Department of Agriculture fed sheep TNT for three weeks and found that it broke down so completely that no traces of it or any related compounds remained in the animals' feces.

Craig and his colleagues plan to plant grasses in TNT contaminated soil to suck up the explosives. While the sheep munch away, the bacteria in their digestive tract take care of the rest. Craig's lab is testing the grazers on soil from a military base. He estimates that a flock of twenty sheep could clear an acre of grass in a month, and completely rid it of munitions residue in less than three years.

Craig points out that even if a TNT-eating sheep's meat found its way onto a barbecue, it could never explode or cause health problems: "The ingested TNT is broken down into small molecules that are in no way similar to the original compound."

Email to a friend

**Topics:** Military technology | Environment

### IN TODAY'S REPORT

- Hackers release Stuxnet's decompiled code online
- Cyberweapon could cause Internet doomsday
- Obama asks for $43.8 billion for DHS -- 2 percent increase over 2011
- U.S. and Turkey meet to expand counter-terrorism partnership
- Robot marathon announced -- 26.2 miles to robotic glory
- Manhole covers help orient urban robots
- Lawmakers oppose plan to dismantle NIH resources center
- Drought in China threatens wheat crop and send global prices soaring
- Museum exhibit stages immune systems championship



Home   Authentication / Biometrics   Business / Finance   Continuity / Recovery   Cybersecurity   Detection   Education / Sci-Tech   Emergency / Police / Mil.
Government policy   Infrastructure   Public health / Biodefense   Surveillance   Systems integration   Transport / Border   Sector Reports
About us   Sign up   Advertise   Contact   Privacy policy

**2009-2010 © News Wire Publications, LLC**

2009-2010 © News Wire Publications, LLC



**HOMELAND SECURITY NEWSWIRE**

Home    Authentication / Biometrics    Business / Finance    Continuity / Recovery    Cybersecurity    Detection    Education / Sci-Tech    Emergency / Police / M&L    Government policy
Infrastructure    Public health / Biodefense    Surveillance    Systems Integration    Transport / Border    Sector Reports

**THE BUSINESS OF HOMELAND SECURITY**      Wednesday, 16 February 2011      ADVERTISE    SIGN UP FOR OUR FREE DAILY REPORT

Search

Infrastructure protection
## Robots keep gas lines from blowing up
Published 14 February 2011

**Gas-transmission-line accidents in the United States have increased 72 percent from the 1990s to the 2000s; since the 1960s, maintenance workers have used "smart" pipeline inspection gauges, or PIGs, to find rust, weak seams, thinning walls, and other indicators that a pipe needs repair or replacement — but PIGs cannot be used in nearly a third of the 1.3 million miles of natural-gas pipeline in the United States; Carnegie Mellon University robotics specialist offers a solution**



Pig in a pipe // Source: picasaweb.google.com

When a natural-gas line exploded late last summer in San Bruno, California, the ensuing firestorm raged for hours. The blaze, which took crews more than twelve hours to control, destroyed dozens of homes, injured more than 50 people, and killed eight.

The National Transportation Safety Board's (NTSB) final report on the cause of the blast is still pending, but the incident has thrown a spotlight on the natural gas industry's inadequate pipe-inspection techniques. Gas-transmission-line accidents have increased 72 percent from the 1990s to the 2000s, according to the U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration.

PopSci reports that since the 1960s, maintenance workers have used "smart" pipeline inspection gauges, or PIGs, to find rust, weak seams, thinning walls, and other indicators that a pipe needs repair or replacement.

PIGs make a squealing sound while navigating tight passageways. They go where people can not, but controlling them can be challenging because most depend solely on the pipe's pressurized fluid for propulsion. "It's very difficult to stop a PIG in one location," says Karl Edminster, the head of Electromechanica, a Massachusetts firm that manufactures PIGs and other robotic pipe-inspection devices. "Imagine pushing a spitball through a straw."

Moreover, nearly a third of the 1.3 million miles of natural-gas pipeline in the U.S. are "unpiggable." Some pipes widen and then narrow; others have bends too acute to be navigated by current PIG technology. As these pipes age and corrode, the need to inspect them is increasingly urgent. Roughly 60 percent of gas-transmission lines in the U.S. were installed before 1970, and some date back to the Great Depression. Utilities are gradually upgrading from old cast-iron and steel pipes to non-corroding plastic ones. Even so, it is still far more cost-effective to PIG a pipe than install a new one.

To Carnegie Mellon University roboticist Hagen Schempf and his colleagues, the opportunity to prevent disasters by building a more sophisticated inspection device was too good to pass up. After ten years of research, and with about $1 million in funding from NASA and the U.S. Department of Energy, Schempf's team recently debuted the Explorer-II: a 66-pound, eight-foot-long wireless robot that he describes as looking "like a series of sausage links." Its segmented body navigates twists and turns with ease. Its strong drive train lets operators precisely control where it starts and stops, instead of being moved by the flow of natural gas like other PIGs are. And its custom-designed sensors detect tiny anomalies in pipe walls before they turn dangerous.

Conventional PIGs use permanent magnets to detect changes in the pipe walls' magnetization that may indicate corrosion, but the magnetic field interferes with the PIG's movement, slowing it down. The Explorer-II replaces permanent magnets with a compact electromagnetic coil that senses the same problems without sacrificing speed.

The robot recently proved its grit in Pennsylvania, snaking through 2,000 feet of previously unpiggable pipeline, and it is now in commercial trials with a Canadian gas company. "There was a lot of gulping until we felt comfortable that we had a safe design," Schempf says. "We built this for a dangerous, explosive environment, and that was always in the back of our minds."

Email to a friend

### IN TODAY'S REPORT
- Hackers release Stuxnet's decompiled code online
- Cyberweapon could cause Internet doomsday
- Obama asks for $43.8 billion for DHS -- 2 percent increase over 2011
- U.S. and Turkey meet to expand counter-terrorism partnership
- Robot marathon announced -- 26.2 miles to robotic glory
- Manhole covers help orient urban robots
- Lawmakers oppose plan to dismantle NIH resources center
- Drought in China threatens wheat crop and send global prices soaring
- Museum exhibit stages immune systems championship



~~NASA Engineers Propose Combining a Rail Gun and a Scramjet to Fire Spacecraft Into Orbit~~
~~By Rena Marie Pacella Posted 12.17.2010 at 10:59 am~~

~~Each space-shuttle launch costs $450 million. The rail gun/scramjet will take more than twice~~
~~that to develop, but each flight would cost much less. Graham Murdoch~~
NASA proposes a rail gun to launch spacecraft into orbit

Published 20 December 2010

In April, President Obama instructed NASA to come up with a less expensive method than
conventional rocketry for launching spacecraft; by September, the agency's engineers floated a
plan that would save millions of dollars in propellant, improve astronaut safety, and allow for
more frequent flights; the plan calls for a rail gun which would take two miles of train track, an
airplane that can fly at ten times the speed of sound, and a jolt of electricity big enough to light a
small town

In April, President Obama urged NASA to come up with, among other things, a less expensive
method than conventional rocketry for launching spacecraft. By September, the agency's
engineers floated a plan that would save millions of dollars in propellant, improve astronaut
safety, and allow for more frequent flights. ~~All it will~~It would take ~~is~~two miles of train track, an
airplane that can fly at ~~10~~ten times the speed of sound, and a jolt of electricity big enough to
light a small town.

~~The~~ Popular Science reports that the system calls for a two-mile- long rail gun that will launch a
scramjet, which will then fly to 200,000 feet. The scramjet will then fire a payload into orbit and
return to Earth. The process is more complex than a rocket launch, but engineers say ~~it's~~it is
also more flexible. With it, NASA could orbit a 10,000-pound satellite one day and send a
manned ship toward the moon the next, on a fraction of the propellant used by today's rockets
(on the use of rail gun for military purposes, see "U.S. Navy demonstrates 100-mile hypersonic
rail gun test shot," 14 December 2010 HSNW; and "General Atomic says its Blitzer rail gun
already 'tactically relevant'," 16 December 2010 HSNW).

~~It may sound too awesome to ever be a reality. But~~ PopSci quotes Stan Starr, a physicist at
NASA's Kennedy Space Center, to say that unlike other rocket-less plans for space entry, each
relevant technology is advanced enough that tests could take place in ~~10~~ten years, ~~says Stan~~
~~Starr, a physicist at NASA's Kennedy Space Center~~. NASA's scramjets have hit Mach 10 for 12
seconds; last spring, Boeing's X-51 scramjet did Mach 5 for a record 200 seconds. Rail guns are
coming along, too. The Navy is testing an electromagnetic launch system to replace the
hydraulics that catapult fighter jets from aircraft carriers. "We have all the ingredients," says
Paul Bartolotta, a NASA aerospace engineer working on the project. "Now we just have to figure
out how to bake the cake."

~~How To Fly Into Orbit:~~

How to fly into orbit

Rev ~~Up The Rail Gun~~
up the rail gun: A 240,000-horsepower linear motor converts 180 megawatts into an
electromagnetic force that propels a scramjet carrying a spacecraft down a ~~two~~2-mile-long track.



The craft accelerates from 0 to 1,100 mph (Mach 1.5) in under 60 seconds — fast, but at less than 3 Gs, safe for manned flight.

Fire the scramjet: The ~~Scramjet~~
~~The~~ pilot fires a high-speed turbojet and launches from the track. Once the craft hits Mach 4, the air flowing through the jet intake is fast enough that it compresses, heats to 3,~~000°~~000 F, and ignites hydrogen in the combustion chamber, producing tens of thousands of pounds of thrust.

Get ~~Into Orbit~~
into orbit: At an altitude of 200,000 feet, there ~~isn't~~is not enough air for the scramjet, now traveling at Mach 10, to generate thrust. Here spaceflight begins. The two craft separate, and the scramjet pitches downward to get out of the way as the upper spacecraft fires tail rockets that shoot it into orbit.

Stick ~~The Landing~~
the landing. The scramjet slows and uses its turbojets to fly back to Earth for a runway landing. Once the spacecraft delivers its payload into orbit, it reenters the atmosphere and glides back to the launch site. The two craft can be ready for another mission within ~~24~~twenty-four hours of landing.

~~Sheep Help Scientists Clean Up Explosives Residue~~
~~By Jonathan Parkinson Posted 02.10.2011 at 12:59 pm~~

~~Tough Gut~~
~~The~~ New clean-up method: explosives-eating sheep

Published 14 February 2011

TNT and other explosives from military munitions training and the remnants of old factories remain in the ground for decades, seeping into groundwater or poisoning plants; an Oregon State University researcher found that a bacteria in a ~~sheep's~~sheep's stomach that help digest cellulose can ~~save its life. The tansy ragwort weed kills cows, but sheep's superior bacteria break down the poison and keep their woolly host alive. iStock, Getty Images~~also rapidly convert TNT into a harmless compound; the plan is to plant grasses in TNT contaminated soil to suck up the explosives, than unleash the sheep; a flock of twenty sheep could clear an acre of grass in a month, and completely rid it of munitions residue in less than three years

Organic explosive chemical removal // Source: browseandgrass.org

A team of scientists is feeding TNT to a flock of sheep. A. Morrie Craig, a veterinary scientist at Oregon State University, has found that the cud-chewing mammals can efficiently clean up explosives-contaminated soil, of which there are 1.3 million tons throughout the U.S.~~S.~~nited States.

TNT and other explosives from military munitions training and the remnants of old factories remain in the ground for decades. This residue rarely poses an immediate health threat, but officials at the Department of Defense fear that it could seep into groundwater or poison plants (which has happened before).

Conventional cleanup techniques, such as incinerating the soil, are expensive and time-consuming. Sheep will work for free.

~~In~~ PopSci reports that in 2004~~,~~ Craig discovered that the bacteria in a sheep's stomach that help digest cellulose can also rapidly convert TNT into a harmless compound. In recent experiments, he and researchers from the U.S. Department of Agriculture fed sheep TNT for three weeks and found that it broke down so completely that no traces of it or any related compounds remained in the animals' feces.

Craig and his colleagues plan to plant grasses in TNT contaminated soil to suck up the explosives. While the sheep munch away, the bacteria in their digestive tract take care of the rest. Craig's lab is testing the grazers on soil from a military base. He estimates that a flock of ~~20~~twenty sheep could clear an acre of grass in a month, and completely rid it of munitions residue in less than three years.

Craig points out that even if a TNT-eating sheep's meat found its way onto a barbecue, it could never explode or cause health problems: "The ingested TNT is broken down into small molecules that are in no way similar to the original compound."

~~Pigging the Unpiggable: Robots Keep Gas Lines From Blowing Up~~
~~This new little piggy goes where the rest can't~~
~~By Elizabeth Svoboda Posted 02.10.2011 at 10:55 am~~

~~PIGging Pipes Courtesy Hagen Schempf~~
~~View Photo Gallery~~

~~When a natural-gas line exploded late last summer in San Bruno, California, the ensuing firestorm raged for hours. The blaze, which took crews more than 12 hours to control, destroyed dozens of homes, injured more than 50 people, and killed eight.~~

~~Click the thumbnails to see how the most advanced PIG robot works.~~

~~The National Transportation Safety Board's final report on the cause of the blast is still pending as of press time, but the incident has thrown a spotlight on the natural gas industry's inadequate pipe-inspection techniques.~~ Robots keep gas lines from blowing up

Published 14 February 2011

Gas-transmission-line accidents in the United States have increased 72 percent from the 1990s to the ~~'00s, according to the U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration.~~

~~Since~~2000s; since the 1960s, maintenance workers have used ~~"~~"smart~~"~~" pipeline inspection gauges, or PIGs, to find rust, weak seams, thinning walls, and other indicators that a pipe needs repair or replacement~~.~~ -- but PIGs cannot be used in nearly a third of the 1.3 million miles of natural-gas pipeline in the United States; Carnegie Mellon University robotics specialist offers a solution

Pig in a pipe // Source: picasaweb.google.com

When a natural-gas line exploded late last summer in San Bruno, California, the ensuing firestorm raged for hours. The blaze, which took crews more than twelve hours to control, destroyed dozens of homes, injured more than 50 people, and killed eight.

The National Transportation Safety Board's (NTSB) final report on the cause of the blast is still pending, but the incident has thrown a spotlight on the natural gas industry's inadequate pipe-inspection techniques. Gas-transmission-line accidents have increased 72 percent from the 1990s to the 2000s, according to the U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration.

PopSci reports that since the 1960s, maintenance workers have used "smart" pipeline inspection gauges, or PIGs, to find rust, weak seams, thinning walls, and other indicators that a pipe needs repair or replacement.

PIGs make a squealing sound while navigating tight passageways. They go where people ~~can't~~can not, but controlling them can be challenging because most depend solely on the pipe's pressurized fluid for propulsion. "It's very difficult to stop a PIG in one location," says Karl Edminster, the head of Electromechanica, a Massachusetts firm that manufactures PIGs and other robotic pipe-inspection devices. "Imagine pushing a spitball through a straw."

Moreover, nearly a third of the 1.3 million miles of natural-gas pipeline in the U.S. are "unpiggable." Some pipes widen and then narrow; others have bends too acute to be navigated by current PIG technology. As these pipes age and corrode, the need to inspect them is increasingly urgent. Roughly 60 percent of gas-transmission lines in the U.S. were installed before 1970, and some date back to the Great Depression. Utilities are gradually upgrading from old cast-iron and steel pipes to non-corroding plastic ones. Even so, it's it is still far more cost-effective to PIG a pipe than install a new one.

To Carnegie Mellon University roboticist Hagen Schempf and his colleagues, the opportunity to prevent disasters by building a more sophisticated inspection device was too good to pass up. After 10 ten years of research, and with about $1 million in funding from NASA and the U.S. Department of Energy, Schempf's team recently debuted the Explorer-II: a 66-pound, eight-foot-long wireless robot that he describes as looking "like a series of sausage links." Its segmented body navigates twists and turns with ease. Its strong drive drive train lets operators precisely control where it starts and stops, instead of being moved by the flow of natural gas like other PIGs are. And its custom-designed sensors detect tiny anomalies in pipe walls before they turn dangerous.

Conventional PIGs use permanent magnets to detect changes in the pipe walls' magnetization that may indicate corrosion, but the magnetic field interferes with the PIG's movement, slowing it down. The Explorer-II replaces permanent magnets with a compact electromagnetic coil that senses the same problems without sacrificing speed.

The robot recently proved its grit in Pennsylvania, snaking through 2,000 feet of previously unpiggable pipeline, and it's it is now in commercial trials with a Canadian gas company. "There was a lot of gulping until we felt comfortable that we had a safe design," Schempf says. "We built this for a dangerous, explosive environment, and that was always in the back of our minds." "

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-298-783

**Effective date of
registration:**

February 16, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | NASA Engineers Propose Combining a Rail Gun and a Scramjet to Fire Spacecraft Into Orbit |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | December 17, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■      **Author:** | Bonnier Active Media, Inc. |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States      **Domiciled in:**   United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Bonnier Active Media, Inc. |
| | 460 N. Orlando Avenue, Suite 200, Mia Sykes, IP Administrator, Winter Park, FL, 32789, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Bonnier Corporation |
| **Name:** | Mia Sykes |
| **Email:** | mia.sykes@bonniercorp.com      **Telephone:**   407-571-4963 |
| **Address:** | Bonnier Corporation |
| | 460 N. Orlando Ave., 200 |
| | Winter Park, FL 32789 |

## Certification

| | |
|---|---|
| **Name:** | Mia Sykes |
| **Date:** | February 16, 2011 |





**Registration #:** TX0007298783
**Service Request #:** 1-567567604



Bonnier Corporation
Mia Sykes
Bonnier Corporation
460 N. Orlando Ave., 200
Winter Park, FL 32789

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-298-779

**Effective date of
registration:**

February 16, 2011

## Title

**Title of Work:** Sheep Help Scientists Clean Up Explosive Residue

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 10, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Bonnier Active Media, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Bonnier Active Media, Inc.

460 N. Orlando Avenue, Suite 200, Mia Sykes, IP Administrator, Winter
Park, FL, 32789, United States

## Rights and Permissions

**Organization Name:** Bonnier Corporation

**Name:** Mia Sykes

**Email:** mia.sykes@bonniercorp.com   **Telephone:** 407-571-4963

**Address:** Bonnier Corporation

460 N. Orlando Ave., 200

Winter Park, FL 32789

## Certification

**Name:** Mia Sykes

**Date:** February 16, 2011

**Registration #:**  TX0007298779
**Service Request #:**  1-567567628



Bonnier Corporation
Mia Sykes
Bonnier Corporation
460 N. Orlando Ave., 200
Winter Park, FL 32789

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## TX 7-298-776

**Effective date of
registration:**

February 16, 2011

## Title

**Title of Work:** Pigging the Unpiggable: Robots Keep Gas Lines from Blowing Up

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 10, 2011   **Nation of 1st Publication:** United States

## Author

■   **Author:** Bonnier Active Media, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Bonnier Active Media, Inc.

460 N. Orlando Avenue, Suite 200, Mia Sykes, IP Administrator, Winter
Park, FL, 32789, United States

## Rights and Permissions

**Organization Name:** Bonnier Corporation

**Name:** Mia  Sykes

**Email:** mia.sykes@bonniercorp.com        **Telephone:** 407-571-4963

**Address:** Bonnier Corporation

460 N. Orlando Ave., 200

Winter Park, FL 32789

## Certification

**Name:** Mia Sykes

**Date:** February 16, 2011

**Registration #:**  TX0007298776
**Service Request #:**  1-567761732



Bonnier Corporation
Mia Sykes
Bonnier Corporation
460 N. Orlando Ave., 200
Winter Park, FL 32789